IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY JON LINDSAY,<br><br>Defendant. | CR 26-15-M-DWM<br><br>ORDER |

This matter comes before the Court on the United States' unopposed Motion for Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2), for the property identified below. (Doc. 38.) Having reviewed said Motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. § 922(g)(1), to which Defendant Zachary Jon Lindsay pled guilty. (Doc. 24.)

2. The Court entered a Preliminary Order of Forfeiture on September 8, 2026, finding the following property subject to forfeiture and forfeiting Defendant's interest in it:

   a. Browning, X-Bolt Cal. 270 rifle, serial number 08534YW354;

   b. 20 rounds of Hornady ammunition, Cal. 270;

c. 40 rounds of unknown ammunition, Cal. 22;

d. 6 rounds of assorted ammunition;

e. Ruger 10/22 rifle Cal. 22 rifle, serial number 126-88345;

f. 1 round Federal ammunition, Cal. 410; and

g. Any associated firearms accessories and ammunition.

3. All known interested parties were provided an opportunity to respond and published notice is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 33.)

4. To date, no third-party claims have been made to this property and the time for doing so expired when published notice was complete.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The United States' Motion for Final Order of Forfeiture, (Doc. 38), is GRANTED.

2. The above-listed property is fully and finally forfeited to the United States, free from the claims of any other party.

3. The United States has full and legal title to this forfeited property and may dispose of it in accordance with governing law when no longer needed as evidence.

DATED this 19th day of October, 2026.

Donald W. Molloy, District Judge
United States District Court